# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re:  Case No.15-30475

Lameka S. Brown,

Chapter 13

    Debtor.

## MOTION TO MODIFY MORTGAGE

COMES NOW, Debtor, Lameka S. Brown, by and through undersigned counsel, and moves this Honorable Court for permission to Modify Mortgage for the purpose of a loan modification, stating as follows:

1. On February 24, 2015, Debtor filed a Voluntary Petition for Relief under Chapter 13, Title 11, of the United States Bankruptcy Code, in the United States Bankruptcy Court for the Middle District of Alabama.
2. Debtor desires to get a loan modification with Wells Fargo Home Mortgage which will provide for the following: (See attached Exhibit A).
   - New Principle Amount: $97,578.88
   - New Monthly Payment: $660.55
   - New Interest Rate: 3.75
   - Will cure the outstanding arrearage on the mortgage
3. Debtor's Chapter 13 Plan provides for a 2013 Dodge Avenger pro rate, curing a default arrearage to Wells Fargo Home Mortgage, and 0% to unsecured creditors.
4. The lender is allowed to amend any Proof of Claim to reflect the amounts paid by the Chapter 13 Trustee prior to the date of the modification.

**WHEREFORE**, Debtor pray that this Court will enter an Order authorizing Wells Fargo Home Mortgage to modify its mortgage in order to receive a loan modification as set out herein and any such other relief as this Court deems appropriate.

Date: <u>June 24, 2016</u>

                                                             /s/ Lameka S. Brown\_\_\_\_\_
                                                             Lameka S. Brown, Debtor

# CERTIFICATE OF SERVICE

I hereby certify that on this the 24th day of June, 2016, I have served a copy of the foregoing Motion to Modify Mortgage on the following parties via U.S. mail, postage prepaid and properly addressed, and/or electronic filing.

Hon. Curtis C. Reding
Chapter 13 Trustee
Via Electronic Filing

Wells Fargo Home Mortgage
MAC D1111-03J
1525 West Wt. Harris Blvd
Charlotte, NC 28262

Wells Fargo Bank, N.A.
Attn: Bankruptcy Department
MAC#D3347-014
3476 Stateview Blvd.
Fort Mill, SC 29715

Lameka S. Brown
5948 Portsmouth Drive
Montgomery, AL 36116

/s/ Charles E. Grainger, Jr.
Charles E. Grainger, Jr.
*Attorney for Debtor*
4220 Carmichael Ct., N.
Montgomery, AL 36106
Phone (334) 260-0500